**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| HENRY MICHAEL CURTIS BRANDLAND, ) | Case No. 16-11091-BFK |
| ) | Chapter 13 |
| Debtor. ) | |

**ORDER**

This matter came before the Court on Sara Odom's Objections to the Debtor's Third Amended Chapter 13 Plan. Docket Nos. 78 (Third Amended Plan), 147 (Objections). The Court has entered Findings of Fact and Conclusions of Law with respect to the Objections to the Debtor's Third Amended Chapter 13 Plan.. Docket No. 163. For the reasons stated in the Court's Findings of Fact and Conclusions of Law, it is

**ORDERED:**

1. The Court overrules Ms. Odom's Objections to the Debtor's Third Amended Plan on the grounds of eligibility, disposable income, failure to pay domestic support obligations and the liquidation test. 11 U.S.C. §§ 109(e), 1325(b)(2), 1325(a)(8) and 1325(a)(4).

2. The Court sustains Ms. Odom's Objection to the Debtor's Third Amended Plan on the ground of good faith. 11 U.S.C. § 1325(a)(3).

3. This case is dismissed.

4. The Clerk will mail copies of this Order, or will provide CM-ECF notice of its entry, to the parties below.

Date: Apr 19 2017         /s/ Brian F. Kenney
                          Brian F. Kenney
Alexandria, Virginia      United States Bankruptcy Judge

          Entered on Docket: April 19, 2017

Copies to:

Henry Michael Curtis Brandland
11496 Links Drive
Reston, VA 20190
*Chapter 13 Debtor*

Gregory M. Wade, Esquire
616 N. Washington Street
Alexandria, VA 22314-1991
*Counsel for the Chapter 13 Debtor*

Lauren Friend McKelvey, Esquire
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
*Counsel for Creditor Sara Odom*

Thomas P. Gorman, Esquire
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 13 Trustee*